USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CASA EXPRESS CORP, as Trustee of CASA EXPRESS TRUST,

                Plaintiff,

    v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

               Defendant.

18 Civ. 11940

**AMENDED FINAL JUDGMENT**

---

    Plaintiff, as Trustee of Casa Express Trust, having moved this Court for summary judgment, and the matter having come before the Honorable Analisa Torres, United States District Court, and the Court having granted summary judgment pursuant to an Order dated September 30, 2020 (ECF No. 75), and directed that judgment be entered for the principal amount of the bonds described below, plus accrued interest through the date of judgment; and Judgment consistent with that Order having been entered in favor of Casa Express Trust and against the defendant, the Bolivarian Republic of Venezuela (the "Republic"), on October 16, 2020 (ECF No. 77); and the Judgment, having provided for an award of "attorney's fees and costs in an amount to be determined"; and the Court, by Stipulation and Order for Settlement of Attorney's Fees and Costs (ECF No. 81), having ordered that judgment for attorney's fees and costs in the amount of $300,000, plus post-judgment interest as set forth in 28 U.S.C. § 1961(a), be granted to Casa Express Trust and against the Republic, and that the Judgment be amended accordingly;

    NOW, amending and restating in its entirety the Judgment previously entered in favor Casa Express Trust and against the Republic (ECF No. 77), it is hereby **ORDERED, ADJUDGED, AND DECREED** that Casa Express Trust shall recover from the Republic as follows:

1

1. With respect to Casa Express Trust's beneficial ownership of $1,845,000 principal amount of the series of bonds issued by the Republic designated ISIN US922646AT10, Casa Express Trust shall recover from the Republic: (i) $1,845,000 (representing unpaid principal due August 15, 2018); *plus* (ii) $754,143.78 (representing six due and unpaid biannual interest payments due on February 15, 2018, August 15, 2018, February 15, 2019, August 15, 2019, February 15, 2020, and August 15, 2020); *plus* (iii) $94,712.19 (representing 9% simple interest, the statutory pre-judgment interest rate, accruing through October 7, 2020, on each of the six due and unpaid biannual interest payments noted in the previous clause); *plus* (iv) $36,310.63 (representing interest on the $1,845,000 in unpaid principal at the rate of $13.625% computed starting on August 16, 2020, and ending on October 7, 2020); *plus* (v) $7,958.07 (representing an additional $884.23 per day in contract interest on unpaid principal and statutory pre-judgment interest on unpaid biannual interest for each calendar day following October 7, 2020, through October 16, 2020); *plus* (vi) attorney's fees and costs in the amount of $150,000; *plus* (vii) post-judgment interest as set forth in 28 U.S.C. § 1961(a).

2. With respect to Casa Express Trust's beneficial ownership of $27,170,000 principal amount of the series of bonds issued by the Republic designated ISIN USP9395PAA95, Casa Express Trust shall recover from the Republic: (i) $27,170,000 (representing unpaid principal due August 15, 2018); *plus* (ii) $11,105,737.50 (representing six due and unpaid biannual interest payments due on February 15, 2018, August 15, 2018, February 15, 2019, August 15, 2019, February 15, 2020, and August 15, 2020); *plus* (iii) $1,394,758.92 (representing 9% simple interest, the statutory pre-judgment interest rate, accruing through October 7, 2020, on each of the six due and unpaid biannual interest payments noted in the previous clause); *plus* (iv) $534,720.69 (representing interest on the $27,170,000 in unpaid principal at the rate of $13.625% computed

starting on August 16, 2020, and ending on October 7, 2020); *plus* (v) $117,193.41 (representing an additional $13,021.49 per day in contract interest on unpaid principal and statutory pre-judgment interest on unpaid biannual interest for each calendar day following October 7, 2020, through October 16, 2020); *plus* (vi) attorney's fees and costs in the amount of $150,000; *plus* (vii) post-judgment interest as set forth in 28 U.S.C. § 1961(a).

It is further **ORDERED** that, until further notice from the Court, Casa Express Trust must refrain from selling or otherwise transferring its beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

SO ORDERED.

Dated: November 23, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge


CERTIFIED AS A TRUE COPY ON

THIS DATE  5/6/2021

BY  KMarejo
( ) Clerk
(✓) Deputy

3