UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

        Judgment Creditor,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        Judgment Debtor.

_____/

## NOTICE OF APPEARANCE AS COUNSEL
## FOR PLANET 2 REACHING, INC.

    Please take notice that HOWARD SREBNICK is appearing as counsel for Planet 2 Reaching, Inc.

        Respectfully submitted,

        **BLACK SREBNICK, P.A.**
        201 South Biscayne Boulevard, Suite 1300
        Miami, Florida 33131
        Tel. (305) 371-6421

        /s/  *Howard Srebnick*
        HOWARD SREBNICK, ESQ.
        Florida Bar No. 919063
        E-mail: HSrebnick@RoyBlack.com