UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

       Judgment Creditor,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

       Judgment Debtor.

_____/

## NOTICE OF APPEARANCE AS COUNSEL
## FOR POSH 8 DYNAMIC, INC.

Please take notice that HOWARD SREBNICK is appearing as counsel for Posh 8 Dynamic, Inc.

       Respectfully submitted,

       **BLACK SREBNICK, P.A.**
       201 South Biscayne Boulevard, Suite 1300
       Miami, Florida 33131
       Tel. (305) 371-6421

       /s/   *Howard Srebnick*
       HOWARD SREBNICK, ESQ.
       Florida Bar No. 919063
       E-mail: HSrebnick@RoyBlack.com