UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

      Judgment Creditor,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

      Judgment Debtor.
_____/

**UNOPPOSED JOINT MOTION
FOR EXTENSION OF TIME UNTIL OCTOBER 12, 2021
TO FILE RESPONSES TO THE STATUTORY NOTICES TO APPEAR**

    Without objection, the entities Planet 2 Reaching, Inc., and Posh 8 Dynamic, Inc., through undersigned counsel, jointly move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension until October 12, 2021, to file responses to the statutory notices to appear.

    1. On September 17, 2021, Plaintiff served the entities (through attorney Cosme de la Torriente) with its Ex Parte Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notices to Appear (DE#3) and the Sealed Statutory Notices to Appear (DE#8, #9) ("the Notices") that require the entities to file an affidavit stating why certain real property should not be applied toward the satisfaction of the judgment obtained by Plaintiff against the Bolivarian Republic of Venezuela in the Southern District of New York. See DE#1-1.

2. The entities and the real property are "blocked" by the U.S. Treasury Department's Office of Foreign Assets Control.

3. On September 23, 2021, undersigned counsel contacted Plaintiff's counsel (Andres Gamardo) to advise that undersigned would be appearing for the entities. Plaintiff's counsel graciously agreed to extend until October 12, 2021 the time within which the entities could respond to the Notices.

4. Plaintiff's counsel advised that Plaintiff intends to serve similar Notices. See, e.g., DE##6-7, 10-15.

5. Given the complexity of the issues, good cause exists to extend the deadline until October 12, 2021 for the entities to respond to the Notices.

**CERTIFICATION REGARDING PRE-FILING CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that Plaintiff's counsel advised that Plaintiff does not oppose the relief requested in the Motion.

Respectfully submitted,

**BLACK SREBNICK, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

 /s/   *Howard Srebnick*
HOWARD SREBNICK, ESQ.
Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

*Attorney for Entities*
*Planet 2 Reaching, Inc. and*
*Posh 8 Dynamic, Inc.*