UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

        Judgment Creditor,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        Judgment Debtor.
_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION
FOR EXTENSION OF TIME UNTIL OCTOBER 12, 2021
TO FILE RESPONSES TO THE STATUTORY NOTICES TO APPEAR**

      Without objection, the entities Planet 2 Reaching, Inc., and Posh 8 Dynamic, Inc., have moved the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension until October 12, 2021, to file responses to the Statutory Notices to Appear. See DE#8, #9. For good cause shown, it is hereby

      **ORDERED** that the motion is **GRANTED**. Planet 2 Reaching, Inc., and Posh 8 Dynamic have until October 12, 2021 to respond to the Statutory Notices.

      **DONE AND ORDERED** in Chambers at Miami, Florida on October ___, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**