UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-mc-23103-BLOOM

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

      Judgment Creditor,
v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

      Judgment Debtor.
_____/


CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

      Plaintiff,
v.

ALEJANDRO ANDRADE CEDENO, et al.

      Impleaded Defendants.
_____/

**JUDGMENT CREDITOR'S VERIFIED MOTION FOR ENTRY OF
CLERK'S DEFAULT AGAINST ALEJANDRO ANDRADE CEDENO**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff and Judgment Creditor Casa Express Corp, as Trustee of Casa Express Trust ("Casa Express") moves for entry of a Clerk's default against Alejandro Andrade Cedeno ("Andrade"). In support, Casa Express states:

    1.    On August 27, 2021, Casa Express commenced this action by registering a final judgment issued in its favor against the Bolivarian Republic of Venezuela ("Venezuela") pursuant to 28 U.S.C. § 1963. [ECF No. 1].

1

2. On September 10, 2021, Casa Express filed an *Ex Parte* Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notices to Appear (the "Motion"). [ECF No. 3].

3. On September 14, 2021, this Court granted the Motion, holding that "Casa Express sufficiently identifie[d] eight (8) real properties of [Venezuela] purchased with misappropriated Venezuelan funds." [ECF No. 4] at 3.

4. The following day, on September 15, 2021, the Court issued Notices to Appear against certain impleaded defendants, including Andrade. *See* [ECF Nos. 6-13].

5. The Notice to Appear required Andrade "to serve an affidavit **no later than seven (7) business days from the date of service of this Notice** stating why the real property should not be applied toward the satisfaction of the judgment." [ECF No. 6] at 3 (emphasis in original).

6. Pursuant to Section 48.031, Florida Statutes, and the specific procedures of the Federal Detention Center, Miami, Casa Express, through a process server, personally served Andrade with the Motion and the Notice to Appear on September 21, 2021. An affidavit of service is attached hereto as **Exhibit A**.

7. Accordingly, Andrade's deadline to file an affidavit in response to the Notice to Appear was September 30, 2021. [ECF No. 6].

8. To date, Andrade has not filed such affidavit or otherwise appeared in this proceeding.

9. Rule 55 of the Federal Rules of Civil Procedure provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

Fed. R. Civ. P. 55(a).

10. Here, the Clerk of the Court should enter a default against Andrade because he was personally served with the Notice to Appear and failed to file an affidavit in response within "seven business days from the date of service" or otherwise appear in this proceeding. [ECF No. 6] at 3. *See Yuetter-Beacham v. Med. Career Inst. of S. Fla., Inc.*, No. 15-80226-CV, 2017 WL 10775771, at *10 (S.D. Fla. Oct. 18, 2017) (holding that entry of Clerk's default is appropriate where an Impleaded Defendant receives notice of the proceedings supplementary and fails to file an affidavit within the prescribed period).

11. Pursuant to Local Rule 7.1, a proposed Order is attached hereto as **Exhibit B**.

**WHEREFORE**, Plaintiff and Judgment Creditor Casa Express Corp, as Trustee of Casa Express Trust, respectfully requests that the Court enter an Order directing the Clerk of the Court to enter a default against Impleaded Defendant Alejandro Andrade Cedeno, and such other and further relief that this Court deems proper and just.

### Local Rule 7.1(a)(3) Certification

In accordance with Local Rule 7.1(a)(3), I hereby certify that undersigned counsel was unable to confer with Impleaded Defendant Alejandro Andrade Cedeno because he has not appeared in this action (through counsel or otherwise) and he has not contacted the undersigned.

/s/ *Andres Gamardo*
Andres Gamardo, Esq.

### VERIFICATION

**By my signature below, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

/s/ *Andres Gamardo*
Andres Gamardo, Esq.

Dated: October 5, 2021

Respectfully submitted,

**SANCHEZ FISCHER LEVINE, LLP**
1200 Brickell Avenue, Suite 750
Miami, Florida 33131
(305) 925-9947

/s/ *Andres Gamardo*
Fausto Sanchez, Esq.
Florida Bar No.: 86229
Email: fsanchez@sfl-law.com
Secondary: eservice@sfl-law.com
David M. Levine, Esq.
Florida Bar No.: 84431
Email: dlevine@sfl-law.com
Andres Gamardo, Esq.
Florida Bar No.: 1021165
Email: agamardo@sfl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ *Andres Gamardo*
     Andres Gamardo, Esq.