UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

        Judgment Creditor,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        Judgment Debtor.
_____/

**UNOPPOSED JOINT MOTION
FOR EXTENSION OF TIME UNTIL NOVEMBER 4, 2021
TO FILE RESPONSES TO THE STATUTORY NOTICES TO APPEAR**

    Without objection, the entities, Planet 2 Reaching, Inc. (DE#8), Posh 8 Dynamic, Inc. (DE#9), RIM Group Investments Corp. (DE#10), RIM Group Investments I Corp. (DE#11), RIM Group Investments II Corp. (DE#12) and RIM Group Investments III Corp. (DE#13), through undersigned counsel, jointly move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension until **November 4, 2021**, to file responses to the statutory notices to appear.

    1. On September 17, 2021, by hand delivery to attorney Cosme de la Torriente, Plaintiff served entities Planet 2 Reaching, Inc. (DE#8) and Posh 8 Dynamic, Inc. (DE#9) with its Ex Parte Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notices to Appear (DE#3) and the Sealed Statutory Notices to Appear (DE#8, #9) ("the

Notices") that require the entities to file an affidavit stating why certain real property should not be applied toward the satisfaction of the judgment obtained by Plaintiff against the Bolivarian Republic of Venezuela in the Southern District of New York. See DE#1-1. Without objection, this Court extended until October 12, 2021, the deadline to file a response. See DE#19 (Order dated Oct. 2, 2021).

2. On October 4, 2021, undersigned notified Plaintiff's counsel that undersigned would accept service by email and appear on behalf of RIM Group Investments Corp. (DE#10), RIM Group Investments I Corp. (DE#11), RIM Group Investments II Corp. (DE#12). RIM Group Investments III Corp (DE#13) (collectively the "RIM Entities"), conditioned on an extension of time, through **November 4, 2021,** for all of the served entities (Planet 2 Reaching, Posh 8 and the RIM Entities) to file their responses.

3. Plaintiff's counsel agreed to the proposed extension, and undersigned accepted service on behalf of the RIM Entities on October 4, 2021.

4. All the served entities and the real property are "blocked" by the U.S. Treasury Department's Office of Foreign Assets Control.

5. Given the complexity of the issues, good cause exists to extend the deadline until November 4, 2021 for all served entities to respond to the Notices.

### CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that Plaintiff does not oppose the relief requested in the Motion.

Respectfully submitted,

**BLACK SREBNICK, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

 /s/   *Howard Srebnick*
HOWARD SREBNICK, ESQ.
Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

*Attorney for Entities*
*Planet 2 Reaching, Inc.*
*Posh 8 Dynamic, Inc. and*
*the RIM entities*