UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Casa Express Corp, as Trustee of　　　　　　　CASE NO.   1:21-mc-23103-BB
Casa Express Trust

    Plaintiff,　　　　　　　　　　　　　　**DEFAULT BY CLERK F.R.Civ.P.55(a)**

v.

Bolivarian Republic of Venezuela, et al

    Defendants
_____/

# Clerk's Default

    It appearing that the defendant herein, is in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant:

**Alejandro Andrade Cedeno**

as of course, on this date October 26, 2021.

                                                  ANGELA E. NOBLE
                                                  CLERK OF COURT


                                        By:      /s/ Maria Cruz
                                                      Deputy Clerk

cc:    Judge Beth Bloom
        Counsel of Record