UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

      Judgment Creditor,
v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

      Judgment Debtor.
_____/

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL**

Andres Gamardo, Esq., and the law firm Gamardo, P.A., (collectively, "Gamardo"), and Fausto Sanchez, Esq., David M. Levine, Esq., and the law firm Sanchez Fischer Levine (collectively, "SFL"), jointly move, pursuant to Southern District of Florida Local Rule 7.1, for the entry of an Order substituting Gamardo as counsel of record for Plaintiff and Judgment Creditor, Casa Express Corp, as Trustee of Casa Express Trust ("Casa Express"), in place and stead of SFL, and as ground state:

1. Casa Express is presently represented by SFL in this matter. Casa Express has retained Gamardo to represent it in this matter in place and stead of SFL.

2. As such, Gamardo and SFL respectfully request that this Court enter the proposed Order attached hereto as **Exhibit A** substituting Gamardo as counsel of record in place and stead of SFL, and relieving SFL from any and all further responsibility as counsel for Casa Express in this matter.

**Local Rule 7.1(a)(3) Certification**

Undersigned counsel certifies that pursuant to Local Rule 7.1, he attempted to confer with counsel for Impleaded Defendants, Planet 2 Reaching Inc., Posh 8 Dynamic Inc., RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments III Corp., via email on October 26, 2021 at 2:03 p.m.  As of the filing of the motion, counsel for Impleaded Defendants has not advised whether Impleaded Defendants have any objection to the substitution of counsel.

**WHEREFORE,** Gamardo and SFL respectfully request that this Court grant the proposed Order attached hereto as Exhibit A, and grant such other and further relief as this Court deems proper and just.

Dated: October 26, 2021                                            Respectfully submitted,

| | |
|---|---|
| **SANCHEZ FISCHER LEVINE, LLP** | **GAMARDO, P.A.** |
| 1200 Brickell Avenue, Suite 750 | 1200 Brickell Avenue, Suite 750 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| (305) 925-9947 | (305)542-6626 |
| | |
| /s/ *Fausto Sanchez* | /s/ *Andres Gamardo* |
| Fausto Sanchez, Esq. | Andres Gamardo, Esq. |
| Florida Bar No.: 86229 | Florida Bar No.: 1021165 |
| Email: fsanchez@sfl-law.com | Email: agamardo@gamardolaw.com |
| Secondary: eservice@sfl-law.com | Secondary: eservice@gamardolaw.com |
| David M. Levine, Esq. | |
| Florida Bar No.: 84431 | |
| Email: dlevine@sfl-law.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ <i>Andres Gamardo</i><br>
Andres Gamardo, Esq.