**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:21-mc-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

                Judgment Creditor,

    v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

                Judgment Debtor.

_____/

**MOTION FOR AUTHORIZATION TO SERVE JUDGMENT DEBTOR BOLIVARIAN
REPUBLIC OF VENEZUELA VIA DIPLOMATIC CHANNELS PURSUANT TO
28 U.S.C. § 1608(a)(4), AND REQUEST FOR ISSUANCE OF SUMMONS**

       Plaintiff and Judgment Creditor, Casa Express Corp, as Trustee of Casa Express Trust

("Casa Express"), moves for entry of an Order authorizing service via diplomatic channels on

Judgment Debtor the Bolivarian Republic of Venezuela ("Venezuela"), pursuant to 28 U.S.C. §

1608(a)(4) of the Foreign Sovereign Immunities Act ("FSIA"), and directing the Clerk of the Court

to issue a summons to Venezuela.

**MEMORANDUM OF LAW**

       The FSIA governs service of process on foreign states, such as Venezuela.  *See* 28 U.S.C.

§ 1608.  Specifically, "Section 1608 prescribes four methods of service—in descending order of

preference—and a plaintiff must attempt service by the first method (**or determine that it is

unavailable**) before proceeding to the second method, and so on." *Angellino v. Royal Fam. Al-

Saud*, 688 F.3d 771, 773 (D.C. Cir. 2012) (internal quotations omitted and emphasis added).

       Here, Casa Express has determined that the only method available to serve Venezuela is

via diplomatic channels pursuant to 28 U.S.C. 1608(a)(4).  Indeed, Venezuela has stated—

expressly and unequivocally—that three of the four possible methods of service under the FSIA

are unavailable and that "[t]he only method of service currently available against the Republic is

set forth in § 1608(a)(4), which allows for service through diplomatic channels." *Lovati et al. v.*

*Bolivarian Republic of Venezuela*, No. 19-cv-4796-ALC (S.D.N.Y. Mar. 13, 2020), [ECF No. 38]

at 17, attached as **Exhibit A**.  Accordingly, the Court should enter an Order authorizing Casa

Express to serve Venezuela via diplomatic channels.

Section 1608 "mandate[s] strict adherence to its terms, not merely substantial compliance."

*Finamar Investors Inc. v. Republic of Tadjikistan*, 889 F. Supp. 114, 117 (S.D.N.Y. 1995).

Pursuant to Section 1608(a)(4) of the FSIA, service on a foreign state shall be made:

> [B]y sending two copies of the **summons and complaint** and a
> notice of suit, together with a translation of each into the official
> language of the foreign state, by any form of mail requiring a signed
> receipt, to be addressed and dispatched by the clerk of the court to
> the Secretary of State in Washington, District of Columbia, to the
> attention of the Director of Special Consular Services—and the
> Secretary shall transmit one copy of the papers through diplomatic
> channels to the foreign state and shall send to the clerk of the court
> a certified copy of the diplomatic note indicating when the papers
> were transmitted.

28 U.S.C. § 1608(a)(4) (emphasis added).  Here, there is no "complaint" and a summons has not

been issued to Venezuela.

It is well-established that the motion to commence proceedings supplementary, albeit not

a complaint, is considered the "initial pleading" in post-judgment actions.  *See, e.g., GS2 Corp. v.*

*Bellemead Marina Del Rey Corp.*, No. CV 17-22303-CIV, 2018 WL 1859345, at *2 (S.D. Fla.

Jan. 5, 2018).  Nevertheless, since Section 1608(a) mandates strict adherence to its terms,  Casa

Express in an abundance of caution seeks an order from this Court holding that the *Ex Parte*

Expedited Motion to Commence Proceedings Supplementary, To Implead Defendants, and For

Issuance of Statutory Notices to Appear, [ECF No. 3] (the "Motion"), shall be considered the equivalent of a complaint for purposes of serving Venezuela through diplomatic channels.

In addition, Casa Express seeks issuance of a summons to Venezuela.  The summons must provide that Venezuela must file an answer or other responsive pleading to the Motion within sixty[1] days after service has been effected.  A proposed summons is attached hereto as **Exhibit B.**

For the foregoing reasons, the Court should enter the proposed order attached hereto as **Exhibit C**, which authorizes Casa Express to serve Venezuela via diplomatic channels, establishes that the Motion shall be considered the equivalent of a complaint for purposes of effecting service on Venezuela pursuant to § 1608(a)(4), and directs the Clerk of the Court to issue a summons to Venezuela in the form proposed by Exhibit B.

**WHEREFORE**, Plaintiff and Judgment Creditor Casa Express Corp, as Trustee of Casa Express Trust, respectfully requests that the Court enter an Order authorizing it to serve Judgment Debtor the Bolivarian Republic of Venezuela via diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4), holding that the Motion shall be considered the equivalent of a complaint for purposes of effecting service on Venezuela via diplomatic channels, directing the Clerk of the Court to issue a summons to Venezuela in the form proposed by Exhibit B, and granting such other relief this Court deems proper and just.

<u>**Local Rule 7.1(a)(3) Certification**</u>

Pursuant to Local Rule 7.1, undersigned counsel certifies that he conferred with counsel for Impleaded Defendants, Planet 2 Reaching Inc., Posh 8 Dynamic Inc., RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments

---

[1]      Pursuant to Section 1608(d) of the FSIA, a foreign state must "serve an answer or other responsive pleading to the [initial pleading] within sixty days after service has been made under this section." 28 U.S.C. § 1608(d).

III Corp., in good faith to resolve by agreement the issues raised in this Motion.   Counsel to

Impleaded Defendants advised that they object to the relief sought by this Motion.

Dated: October 29, 2021            Respectfully submitted,

**GAMARDO, P.A.**
1200 Brickell Avenue, Suite 750
Miami, Florida 33131
Tel: (305)542-6626

/s/ *Andres Gamardo*
Andres Gamardo, Esq.
Florida Bar No.: 1021165
Email: agamardo@gamardolaw.com
Secondary: eservice@gamardolaw.com
*Attorney for Casa Express Corp, as Trustee*
*Of Casa Express Trust*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.

By: <u>/s/ *Andres Gamardo*</u>
Andres Gamardo, Esq.