# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASA EXPRESS CORP, as Trustee of )
CASA EXPRESS TRUST,

    Judgment Creditor

                                Case No. 1:21-mc-23103-BB

    v.

BOLIVARIAN REPUBLIC OF
    VENEZUELA,

    Judgment Debtor.

_____/

## DECLARATION OF EDWARD WILSON

I, Edward Wilson, state the following based upon my personal knowledge:

1. I am the licensed representative of Raul Belisario Gorrin and Gustavo Perdomo, and all of the properties owned by them, directly or indirectly, pursuant to LICENSE No. VENEZUELA-EO13850-2019-359725-3 issued by the Office of Foreign Assets Control ("OFAC"), U.S. Treasury Department, December 9, 2020 and expiring, unless earlier renewed, on May 31, 2022.

2. I am an honors graduate of the University of Virginia and the Georgetown University Law Center. Upon graduation from law school in 1976, I clerked for the Hon. Robert L. Kunzig, U.S. Court of Appeals for the Federal Circuit. After serving as an Associate at Morgan, Lewis & Bockius for approximately three years, I held the following positions in the Executive Branch: Associate Counsel to

1

the President of the United States; Special Assistant to the President for Management; General Counsel, Office of Administration, Executive Office of the President; Deputy Director, Office of Administration, Executive Office of the President; Principal Deputy Assistant Secretary for Management, U.S. Treasury Department; Deputy and Acting General Counsel, U.S. Treasury; Acting Director, Office of Foreign Assets Control; Member, Administrative Conference of the United States; Senior Procurement Officer, Executive Office of the President & U.S. Treasury Department; Designated Agency Ethics Officer, Executive Office of the President & U.S. Treasury Department; Secretarial representative, Pennsylvania Avenue Redevelopment Corporation; and Liquidating Chief Executive Officer, Synthetic Fuels Corporation, among other positions. Throughout my government and private service, I have dealt consistently with matters involving U.S. economic sanctions. For the past approximately 16 years, I have been a partner in the Washington, D.C. office of Venable LLP, a national law firm. My practice focuses primarily on five statutes, and related laws: The Bank Secrecy Act, the International Economic Emergency Powers Act, the Foreign Agents Registration Act, the Foreign Investment Risk Modernization Act of 2018; and the Arms Export Control Act. I have held, and continue to hold, a Top Secret/Sensitive Compartmented Information clearance.

3.      In 2019, I petitioned for, and received, a license from OFAC to engage in the following with regard to Messrs. Gorrin and Perdomo and their properties:

    a. "all activities ordinarily incident and necessary to continue to manage and maintain all of the blocked properties and chattels (such as vessels, vehicles and aircraft) (collectively, the "Properties"), including representing the Properties in litigation and other forms of dispute resolution, . . ., including but not limited to, acting as legal representative for the Properties and their property managers, collecting, receiving, and depositing income generated from the Properties, and debiting condominium assessment payments;

    b. "Should the Licensee not receive payment from the residents of the Properties, or in the ordinary course of business decide to sell the Properties, the Licensee may engage in transactions ordinarily incident and necessary to sell the Properties . . .."

4.   The Properties include those owned or controlled by, *inter alia,* the following companies, all of which have been given notices to appear in the above-reference civil action:

    a. RIM Group Investments, Corp.
    b. RIM Group Investments I Corp.
    c. RIM Group Investments II Corp.
    d. RIM Group Investments III Corp.
    e. Planet 2 Reaching, Inc.
    f. Posh 8 Dynamic, Inc.

Collectively the "Noticed Entities."

5. Pursuant to Executive Order 13850, by which these individuals and entities were placed on the List of Specially Designated Nationals ("SDN List") by OFAC,

and, the governing regulations, 31 C.F.R. Part 591, all properties in which these individuals and entities have an interest are blocked. As *The Treasury 2021 Sanctions Review* states at footnote 2*:*

> "The primary impact of adding individuals and entities to Treasury's Office of Foreign Assets Control (OFAC)'s List of Specially Designated Nationals and Blocked Persons ("the SDN List") is that their property and interests in property are blocked. When property is blocked (or "frozen"), title to the blocked property remains with the owner of the property and any funds constituting or arising from blocked property must be placed into a blocked, interest-bearing account at a U.S. financial institution. Blocking immediately imposes an across-the-board prohibition against transfers or dealings of any kind with regard to the property. The exercise of powers and privileges normally associated with ownership of blocked property is prohibited without authorization from OFAC."

6. 31 C.F.R. § 591.202 states:

> "(a) Any transfer after the effective date that is in violation of any provision of this part or of any regulation, order, directive, ruling, instruction, or license issued pursuant to this part, and that involves any property or interest in property blocked pursuant to § 591.201, is null and void and shall not be the basis for the assertion or recognition of any interest in or right, remedy, power, or privilege with respect to such property or property interest.
>
> . . .
>
> "(e) Unless licensed pursuant to this part, any attachment, judgment, decree, lien, execution, garnishment, or other judicial process is null

4

and void with respect to any property and interests in property blocked pursuant to § 591.201."

7. 31 C.F.R. § 591.201 states: "All transactions prohibited pursuant to Executive Order 13692 of March 8, 2015, or any further Executive orders issued pursuant to the national emergency declared in Executive Order 13692, are prohibited pursuant to this part."

8. Executive Order 13850, by which these individuals and entities were placed on the SDN List, is one of a number of "further Executive orders issued pursuant to the national emergency declared in Executive Order 13692."

9. The property noted at page 2 of "Judgment Creditor's *Ex Parte* Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notices to Appear," as being sold in March 2021, was, to my knowledge and belief, sold pursuant to an OFAC license specifically allowing the transaction.

10. As of this date, as OFAC's licensee I have neither taken nor approved to be taken, any transaction with regard to the other property held by the individuals and entities named by the plaintiff in the litigation in which this declaration is being filed.

11. With approval of the Noticed Entities, I have engaged the law firm of Black Srebnick to represent the Noticed Entities in this matter and to assert the

factual and legal defenses set forth in the Response to the Judgment Creditor's *Ex Parte* Expedited Motion to Commence Proceedings Supplementary (the Response"), served contemporaneously herewith, and which I hereby adopt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2021

_____

D. E. Wilson, Jr. (D.C. Bar No. 932178)
Venable LLP
600 Massachusetts Ave., NW
Washington, DC  20001
(Phone) 202-344-4819
(Email) dewilson@venable.com