**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21mc23103**

Casa Express Corp, as Trustee of
Casa Express Trust

   Plaintiff (s),

v.

Bolivarian Republic of Venezuela, et al.,

   Defendant(s),



FILED BY _____ D.C.

NOV 2 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CLERK'S NOTICE OF INTERNATIONAL SERVICES**

   In accordance with Federal Rules of Civil Procedure Rule 4, and/or 28 U.S.C. § 1608(a)(3) or (b)(3)(B), the Clerk certifies that on this 22nd, day of November **2021, (*summons and complaint*)** have been mailed via International Service to:

             Bolivarian Republic of Venezuela
             c/o Consulate of Venezuela, 7 East
       Defendant: 51st Street, New York, NY 10022

       Country:   Venezuela

       Article number: 7752 7213 6201

   DONE at the Federal Courthouse Square, Miami, Florida, this 22nd day of **November 2021.**

         ANGELA E. NOBLE

        Court Administrator • Clerk of Court

        By: _____

          Deputy Clerk

c:  U.S. District Judge
   All counsel of record

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT. TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations including, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including without limitation, loss of profit, loss of sale, interest, income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FROM: (305) 542-6626
Clerk of the Court S.D.F.L.
400 North Miami Avenue
MIAMI FL 33128
US

SHIP DATE: 22NOV21
ACTWGT: 25.00 LB
CAD: 308600009/INET4402
DIMMED: 16 X 16 X 16 IN

TO: U.S. State Department
LICA/POG/GC
SA-17 10th Floor
WASHINGTON DC 20522
(305) 542-6662

INV:
PO:
DEPT:
REF:

(USD)  58DJ2/9A7E/FE4A

FedEx Ground

DEPT:



TRK# 7752 7213 6201

ASR
20522

9622 0151 0 000 0000 0000) 0 00 7752 7213 6201