

United States Department of State

Washington, D.C.   20520

Angela E. Noble, Clerk of Court
U.S. District Court
Southern District of Florida
400 North Miami Ave.,
Miami, FL 33128



May 31, 2022

Re: *Casa Express Corp, as Trustee of Casa Express Trust v. Bolivarian Republic of Venezuela, et al.*, 1:21-mc-23103-BB

Dear Ms. Noble:

I am writing regarding the Court's request for transmittal of a Summons, Judgment Creditor's *Ex Parte* Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notice to Appear, and Notice of Suit to the Bolivarian Republic of Venezuela pursuant to 28 U.S.C. Sections 1608(a)(4) as a defendant in the above referenced lawsuit.

Because the United States Embassy operations in Venezuela are currently suspended, the documents were delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC under cover of U.S. Department of State diplomatic note.  The diplomatic note was dated April 22, 2022, and delivered on May 5, 2022.   A certified copy of the diplomatic note is enclosed.

Sincerely,

Michael McPherson
Paralegal Specialist
Office of the Legal Adviser

Cc:  Andres Gamardo, Esq.
     Gamardo, P.A.
     1200 Brickell Ave., Ste. 750
     Miami, FL 33131



United States Department of State

Washington, D.C.   20520

# CERTIFICATION OF DIPLOMATIC NOTE

I, Shane Myers, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated April 22, 2022 and delivered to the Embassy of the Bolivarian Republic of Venezuela in Washington, DC on May 5, 2022.

Shane Myers, Managing Director
Directorate of Overseas Citizens Services

May 20, 2022