

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

**Case No. VENEZUELA-EO13850-2021-874564-1**

Andres Gamardo
Gamardo, P.A.
1200 Brickell Avenue - Suite 750
Miami, FL 33131

Dear Mr. Gamardo:

This letter responds to your request, on behalf of Casa Express Corp, dated October 21, 2021, and subsequent related correspondence (collectively the "Application"), in which Casa Express seeks a specific license authorizing it to execute U.S. court judgements against the Bolivarian Republic of Venezuela (the "GOV") an entity designated pursuant to Executive Order 13884 of August 5, 2019, "Blocking Property of the Government of Venezuela" ("E.O. 13884").

We understand that you are seeking to satisfy these judgements through the attachment of real properties belonging to Raul Gorrín Belisario (Gorrín), a person identified as a Specially Designated National or Blocked Person (SDN) pursuant to Executive Order 13850 of November 1, 2018, "Blocking Property of Additional Persons Contributing to the Situation in Venezuela" ("E.O. 13850").

We understand from the Application, Casa Express holds a USD 43.3 million judgement against the GOV entered in the Southern District of New York for unpaid sovereign bonds. Related to this judgment, Casa Express seeks to execute against nine blocked real properties located in Florida and New York that were purchased by Gorrín through shell entities.

As you know E.O. 13850 blocks property and interests in property that are in or enter the United States or that come under the possession or control of any U.S. person or any other person that, among other things, has "materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of" any person blocked under this Executive order. On January 8, 2019, OFAC designated Gorrín and certain entities owned or controlled by Gorrín under the E.O. 13850, including the shell entities that hold title to the blocked properties at issue. As such, dealing in such properties would require an authorization from OFAC.

Based on the information provided in the Application, it appears that you are seeking to satisfy a judgement issued against an entity designated under E.O. 13884, the GOV, by pursuing assets belonging to another person, Gorrín, who is designated under E.O. 13850. OFAC is not in a position to authorize such a dealing as the assets you wish pursue, appear to belong to a person other than the GOV. Your request is therefore denied.

If you have any questions, please contact the OFAC Licensing Division at (202) 622-2480.

                Sincerely,

                *[signature]* July 18, 2022
                Mary Patricia Rasmussen    Date
                Deputy Assistant Director for Licensing
                Office of Foreign Assets Control