**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-mc-23103-BLOOM**

CASA EXPRESS CORP, *as Trustee*
*of Casa Express Trust*,

      Judgement Creditor,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

      Judgment Debtor.

_____/

**AMENDED ORDER REFERRING MOTION**
**TO MAGISTRATE JUDGE FOR DISPOSITION**

      The Court's prior Order Referring Motion to Magistrate Judge, ECF No. [46], is amended as follows. Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that the Motion for Leave to Amend by Interlineation the *Ex Parte* Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notices to Appear, ECF No. [42], is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for disposition.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on August 30, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record