UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BLOOM

CASA EXPRESS CORP, *as Trustee*
*of Casa Express Trust*,

      Plaintiff,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

      Defendant.
_____/

### ORDER ON *EX PARTE* EXPEDITED MOTION TO COMMENCE PROCEEDINGS SUPPLEMENTARY, TO IMPLEAD DEFENDANTS AND FOR ISSUANCE OF STATUTORY NOTICES TO APPEAR

**THIS CAUSE** is before the Court upon Plaintiff and Judgment Creditor Casa Express Corp's ("Casa Express" or "Judgment Creditor") *Ex Parte* Expedited Motion to Commence Proceedings Supplementary, to Implead Defendants, and for Issuance of Statutory Notices to Appear, ECF No. [60] ("Motion"). The Court has carefully considered the Motion, all supporting submissions, the record in this case, and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [60]**, is **GRANTED** as follows:

1. Judgment Creditor is the holder of an unsatisfied judgment and has submitted an affidavit averring that the judgment is valid and unsatisfied, in compliance with the statutory prerequisites prescribed by Fla. Stat. § 56.29(1). *See* ECF No. [60-4].

2. Judgment Creditor is entitled to commence these proceedings supplementary.

3. The Court shall separately issue Notices to Appear, in the form attached to the Judgment Creditor's Motion, ECF No. [60-29], and the additional Notice of Filing

Statutory Notice to Appear, ECF No. [61-1], to implead the following Third-Party Defendants: Alejandro Andrade Cedeno, Raul Gorrin Belisario, RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments III Corp., Posh 8 Dynamic Inc., Planet 2 Reaching Inc., and Claudia Patricia Diaz Guillen.[1]

4. Third Party Defendants shall respond, within seven (7) business days of service of the Notices to Appear, stating why the property, debt, or other obligation should not be applied to satisfy the judgment in the manner prescribed by Fla. Stat. § 56.29(2).

5. Attorney's fees and costs shall be taxed to Judgment Debtor, the Bolivarian Republic of Venezuela, pursuant to Fla. Stat. § 56.29(8).

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 6, 2022.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

---

[1] The Court, however, modifies the proposed Notices to Appear by correcting the service address of the counsel for Judgment Creditor to reflect the substitution of counsel. *See* ECF No. [28].