UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-mc-23103-BLOOM

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

    Judgment Creditor,
v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

    Judgment Debtor.
_____/

**JUDGMENT CREDITOR'S NOTICE OF FILING
CORRECTED STATUTORY NOTICE TO APPEAR**

    Plaintiff and Judgment Creditor, Casa Express Corp, as Trustee of Casa Express Trust, hereby files a corrected[1] Notice to Appear for Raul Gorrin Belisario. *See* Exhibit A.

Dated: September 7, 2022

Respectfully submitted,

**GAMARDO, P.A.**
1200 Brickell Avenue, Suite 750
Miami, Florida 33131
Tel: (305)542-6626

/s/ *Andres Gamardo*
Andres Gamardo, Esq.
Florida Bar No.: 1021165
Email: agamardo@gamardolaw.com
Secondary: eservice@gamardolaw.com
*Attorney for Casa Express Corp*

---

[1] The Notice to Appear [ECF No. 70] contains a scrivener's error listing the address for the U.S. Department of State instead of the Florida Department of State.

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system.

By: /s/ *Andres Gamardo*
Andres Gamardo, Esq.
